# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHRYN SACK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-1755 (CRC) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

In an order dated April 23, 2015, the Court denied Defendant's renewed motion for summary judgment in part and directed "that the FBI shall conduct additional term and text searches in its Central Records System and the FBI Intranet for the terms 'Department of Defense Polygraph Institute' and 'DoDPI.'"  The Court further ordered that the parties, "on or before May 7, 2015, shall jointly submit a proposed schedule to resolve all outstanding issues in this case."

The parties, having conferred, propose the following.

1.     The FBI is completing its search pursuant to the Court's order and will be processing additional documents for release to Plaintiff.  The parties propose that the Defendant file with the Court a supplemental memorandum, including any supplemental affidavits, on or before June 22, 2015, which will address the additional searches that have been conducted by the FBI in accordance with the Court's order and the results thereof (including any FOIA exemptions that are being claimed in whole or in part over those records).

2. The parties propose that Plaintiff have the period set forth in Local Rule 7(b) to file her response to the supplemental memorandum.

        Respectfully submitted,

        VINCENT H. COHEN, JR.
        D.C. Bar # 471489
        Acting United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar #924092
        Civil Chief

        By: _____/s/_____
        JEREMY S. SIMON
        DC BAR # 447956
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2528
        Jeremy.Simon@usdoj.gov

        Counsel for Defendant

        AND

        _____/s/_____
        Kelly B. McClanahan, Esq.
        D.C. Bar # 984704
        National Security Counselors
        1200 South Courthouse Road
        Ste. 124
        Arlington, VA 22204
        301-728-5908 (phone)
        Kel@NationalSecurityLaw.org

        Counsel for Plaintiff